IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TINA DEAN, Individually and as next of friend for her minor children DD, DC, and DZD; and TRACY MCGONIGLE, as next of friend for her minor child HH,<br><br>Plaintiffs,<br><br>vs.<br><br>JAY MURRAY and BRIAN JOBGEN, Individually and as police officers for the City of Dubuque Iowa,<br><br>Defendants. | No. 16-CV-1003-KEM<br><br>**ORDER** |

Following lengthy deliberations the jury notified the court that they were unable to reach a verdict that was unanimous on one count, but that they had reached verdicts on the remaining counts. Counsel for the parties agreed to acceptance of the partial verdict and that a mistrial be declared on the count for which the jury was unable to reach a verdict. The court accepted the verdicts on all counts, except for Count 3C (D.C.'s unlawful arrest). On Count 3C the court, with agreement of all parties, declared a mistrial and discharged the jury.

Counsel shall contact the court jointly, in writing or by telephone, to schedule a new trial date on Count 3C or Plaintiffs shall file a dismissal if appropriate.

**IT IS SO ORDERED.**

**DATED** this 26th day of July, 2017.

_Kelly K.E. Mahoney_
Kelly K.E. Mahoney
United States Magistrate Judge
Northern District of Iowa